1  LIPSON NEILSON, P.C.
   KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
2  DAVID T. OCHOA, ESQ. (BAR NO. 10414)
   9900 Covington Cross Dr., Suite 120
3  Las Vegas, NV  89144
   (702) 382-1500 Phone
4  (702) 382-1512 Fax
   kanderson@lipsonneilson.com
5  dochoa@lipsonneilson.com

6  *Attorneys for Defendant RIDGEVIEW HOMEOWNERS ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> RIDGEVIEW HOMEOWNERS ASSOCIATION, INC. AKA RIDGEVIEW VILLAGE; A SCIMITAR LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-02211-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND RIDGEVIEW HOMEOWNERS ASSOCIATION'S AND A SCIMITAR LLC'S TIME TO RESPOND TO BANK OF AMERICA, N.A.'s MOTION FOR INDICATIVE RELIEF** <br> **ECF NO. 65** |

Defendant RIDGEVIEW HOMEOWNERS ASSOCIATION and Defendant A SCIMITAR LLC; and Plaintiff BANK OF AMERICA, N.A. (collectively the "stipulating parties"); by and through their counsel, hereby submit this Stipulation and Order to extend the deadline for Defendant RIDGEVIEW HOMEOWNERS ASSOCIATION and Defendant A SCIMITAR LLC to respond to Plaintiff BANK OF AMERICA, N.A.'s Motion for Indicative Relief and Alternative Renewed Rule 60(a) Motion to Correct Record, ECF No .65.

**I.      Reason For the Extension**

Ridgeview Homeowners Association, A Scimitar LLC, and Bank of America, N.A, have been discussing settlement of the claims between them.  Therefore, the stipulating

**Lipson Neilson, P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500 - Fax: (702) 382-1512

parties do stipulate and agree to an extension of the response deadline to Bank of America, N.A.'s Motion ECF No. 65.

This is the stipulating parties first request to extend this deadline, and is not made to cause delay or prejudice to any party.

## II. Prior Dates and Proposed Scheduled

The stipulating parties agree to extend the response deadline thirty days as follows:

| Event | Prior Date | Proposed New Date |
|---|---|---|
| Response Deadline to ECF No. 65 | January 11, 2019 | February 11, 2019 |

DATED this __11_ day of January, 2019.

**LIPSON NEILSON P.C.**　　　　　　　**AKERMAN LLP**

*/s/ David T. Ochoa*　　　　　　　　　*/s/ Melanie D. Morgan*

_____　　_____
KALEB D. ANDERSON, ESQ.　　　　　MELANIE D. MORGAN, ESQ
Nevada Bar No.7582　　　　　　　　　Nevada Bar No. 8215
DAVID T. OCHOA, ESQ.　　　　　　　VATANA LAY, ESQ
Nevada Bar. No. 10414　　　　　　　　Nevada Bar No. 12993
9900 Covington Cross Dr., Suite 120　　1635 Village Center Circle, #200
Las Vegas, NV 89144　　　　　　　　Las Vegas, Nevada 89134

*Attorneys for Ridgeview Homeowners*　　*Attorneys for Bank of America, N.A.*
*Association*

**TAKOS LAW LTD.**

*/s/ Zachary P. Takos*
_____
ZACHARY P. TAKOS, Esq.
Nevada Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135

*Attorneys for A Scimitar LLC*

Case No.: 2:16-cv-02211-JCM-NJK BANK OF AMERICA, N.A., Plaintiff, v. RIDGEVIEW HOMEOWNERS ASSOCIATION, INC. AKA RIDGEVIEW VILLAGE; A SCIMITAR LLC; and NEVADA ASSOCIATION SERVICES, INC.; Stipulation and Order to Extend time to Respond to ECF No. 65.

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 4, 2019