1  **SUBS**
   JOHN HENRY WRIGHT, ESQ.
2  Nevada Bar No. 6182
   CHRISTOPHER B. PHILLIPS, ESQ.
3  Nevada Bar No. 14600
   **THE WRIGHT LAW GROUP, P.C.**
4  2340 Paseo Del Prado, Suite D-305
   Las Vegas, Nevada 89102
5  Telephone: (702) 405-0001
   Facsimile:  (702) 405-8454
6  Email: john@wrightlawgroupnv.com
            chris@wrightlawgroupnv.com
7  *Attorneys for Defendant*
   *A SCIMITAR LLC*



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | CASE NO.: 2:16-cv-02211-JCM-NJK |
| Plaintiff, | |
| vs. | |
| RIDGEVIEW HOMEOWNERS ASSOCIATION, INC., AKA RIDGEVIEW VILLAGE; A SCIMITAR LLC, and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants, | |

## SUBSTITUTION OF ATTORNEYS

ZACHARY P. TAKOS, ESQ., Attorney of Record for the above-named Defendant, A SCIMITAR LLC, does hereby consent to the substitution of JOHN HENRY WRIGHT ESQ., of THE WRIGHT LAW GROUP, P.C., as attorney, for the ~~Plaintiff~~ defendant, in the above-entitled matter in his place and stead.

DATED this 2nd day of February, 2019.

          /s/ Zachary P. Takos, Esq.
**ZACHARY P. TAKOS, ESQ.**
TAKOS LAW GROUP, LTD.
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: 702.856.4629

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

JOHN HENRY WRIGHT, ESQ., does hereby agree to be substituted in the place of ZACHARY P. TAKOS, ESQ., as attorney for A SCIMITAR LLC, in the above-entitled matter.

DATED this 2nd day of February, 2019.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John H. Wright*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102

KAMI ZARGARI does hereby agree to the substitution of JOHN HENRY WRIGHT, ESQ., as attorney of record for Defendant, A SCIMITAR LLC, in the above entitled matter in the place and stead of ZACHARY P. TAKOS, ESQ.

DATED this 2nd day of February, 2019.

/s/ Kami Zargari
Kami Zargari an authorized Manager of A SCIMITAR LLC

IT IS SO ORDERED.
Dated: February 6, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge