MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> RIDGEVIEW HOMEOWNERS ASSOCIATION, INC. AKA RIDGEVIEW VILLAGE; A SCIMITAR LLC; AND NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-02211-JCM-NJK <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| A SCIMITAR LLC, <br><br> Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A. <br><br> Counterdefendant. | |

|   |   |
|---|---|
| 1 | A SCIMITAR LLC, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | ALEX A. DIAZ, an individual; SONYA R. DIAZ, an individual, and any and all other persons, unknown claiming any right, title, estate, lien, or interest in the property adverse to the Third-Party Plaintiffs' ownership, or any cloud upon Third-Party Plaintiff's title thereto (DOES 1 through 10, inclusive), |
| 5 | |
| 6 | |
| 7 | |
| 8 | Third-Party Defendants. |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Vatana Lay, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Rex D. Garner, Esq.

DATED this 16th day of August, 2019.

**AKERMAN LLP**

*/s/ Rex D. Garner*
MELANIE D. MORGAN
Nevada Bar No. 8215
REX D. GARNER
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Date: August 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE

2