ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

RIDGEVIEW HOMEOWNERS ASSOCIATION, INC., AKA Ridgeview Village and A SCIMITAR LLC,

Defendants.

Case No.: 2:16-cv-02211-JCM-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO SCIMITAR'S OPPOSITION TO BANA'S MOTION FOR RULE 60(b) RELIEF**

Bank of America, N.A., (**BANA**) and A Scimitar LLC (**Scimitar**), by and through their respective counsel of record, stipulate as follows:

1. BANA filed a renewed motion for Rule 60(b) relief on October 17, 2019 (ECF No. 80).

2. In response, Scimitar filed an opposition brief on October 31, 2019 (ECF No 82).

3. BANA's reply brief is due to be filed on November 7, 2019.

4. The Parties are engaged in advanced settlement discussions, however, and have thus agreed to move the deadline for BANA to file its reply brief to November 26, 2019, which is seven days after the Parties next-scheduled mediation.

///

///

5. The Parties further agree this extension is not intended to cause delay or prejudice any Party, but to allow the Parties to avoid additional briefing costs that may be unnecessary in light of the Parties' ongoing settlement discussions.

Dated: November 5, 2019

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC and U.S. Bank*

Dated: November 5, 2019

**THE WRIGHT LAW GROUP, P.C.**

*/s/ Christopher B. Phillips*
JOHN HENRY RIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102

*Attorneys for A Scimitar, LLC*

Dated: November 5, 2019

**LIPSON NIELSON**

*/s/ David T. Ochoa*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 101414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Ridgeview Homeowners Association, Inc., AKA Ridgeview Village*

IT IS SO ORDERED. November 7, 2019.

James C. Mahan

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-02211-JCM-NJK



AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572