# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERCA, N.A., | Case No. 2:16-CV-2211 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| RIDGEVIEW HOMEOWNERS ASSOCIATION, INC., et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Bank of America, N.A. ("BANA") and defendants Ridgeview Homeowners Association, Inc. (the "HOA") and A Scimitar LLC's ("Scimitar") joint motion for stay pending settlement. (ECF No. 85).

The parties represent in the instant motion that they are "now close to reaching a settlement and are in the process of memorializing the terms of that settlement into a written agreement." (ECF No. 85 at 1). The parties request a 30-day stay so that they "can finalize and execute a settlement agreement and stipulate to the dismissal of the case, in order to avoid additional briefing costs that will be unnecessary once the settlement is finalized." *Id.* at 2.

The court grants the parties' joint motion. Rather than stay the case for only 30 days, the court orders the parties to file a joint stipulation to dismiss pursuant to settlement agreement on or before January 10, 2020. If the parties have not reached a settlement, they are instructed to file a joint status report. If the parties cannot reach a settlement, any party may file a motion to lift the stay.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that parties' joint motion for stay pending settlement (ECF No. 85) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the instant action is STAYED.

IT IS FURTHER ORDERED that the parties shall submit a joint stipulation to dismiss pursuant to settlement agreement or a joint status report on or before January 17, 2020.

DATED January 6, 2020.

_____
UNITED STATES DISTRICT JUDGE