ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>RIDGEVIEW HOMEOWNERS ASSOCIATION, INC., AKA Ridgeview Village and A SCIMITAR LLC,<br><br>Defendants. | Case No.: 2:16-cv-02211-JCM-NJK<br><br>**STIPULATED JUDGMENT** |

Bank of America, N.A., (**"Bank of America"**), A Scimitar LLC (**"Scimitar"**), and Ridgeview Homeowners Association, Inc., aka Ridgeview Village (the **"HOA"**), by and through their respective counsel of record, stipulate to the entry of a judgment by the District Court as follows:

On or about June 26, 2006, Alex and Sonya Diaz (**"Borrowers"**) purchased real property located at 1927 Scimitar Drive #32, Henderson, Nevada 89011 (the **"Property"**).

1. On or about June 23, 2006, Borrowers executed a promissory note in the amount of $140,000 (the **"Note"**), which was secured by a deed of trust (the **"Deed of Trust"**) executed in favor of Bank of America and recorded against the Property on June 28, 2006 in the Clark County Recorder's Office, and re-recorded on March 17, 2011 in the same office, as Instrument No. 201103170000340.

2. On July 25, 2014 the HOA non-judicially foreclosed on the Property, selling the Property to Scimitar for $11,100 (the **"HOA Sale"**).

3. After a series of assignments, Bank of America once again became the beneficiary of record of the Deed of Trust pursuant to an assignment recorded on May 23, 2016, and Bank of America remains the record beneficiary.

4. Bank of America is presently the servicer of the Loan.

5. On September 20, 2016, Bank of America filed this lawsuit against Scimitar and the HOA, seeking an order declaring that Scimitar purchased the Property subject to Bank of America's Deed of Trust.

6. Pursuant to a confidential settlement agreement, the Parties have stipulated that the Deed of Trust was not extinguished by the HOA sale.

7. Accordingly, IT IS ORDERED that Judgment is hereby entered in favor of Plaintiff Bank of America and against Scimitar and the HOA.

8. IT IS FURTHER ORDERED that the HOA Sale did not extinguish the Deed of Trust. The Deed of Trust therefore remains a valid encumbrance on the Property.

| Dated: March 12, 2020 | Dated: March 12, 2020 |
|---|---|
| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
| */s/ Jamie K. Combs, Esq.* | */s/ Christopher B. Phillips* |
| ARIEL E. STERN, ESQ. | JOHN HENRY RIGHT, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 6182 |
| JAMIE K. COMBS, ESQ. | CHRISTOPHER B. PHILLIPS, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 14600 |
| 1635 Village Center Circle, Suite 200 | 2340 Paseo Del Prado, Suite D-305 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89102 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for A Scimitar, LLC* |

. . .

. . .

. . .

52361368;1

**LIPSON NEILSON, P.C.**

*/s/ David T. Ochoa*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Ridgeview Homeowners Association, Inc., AKA Ridgeview Village*

**IT IS SO ORDERED**, March 16, 2020.

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-02211-JCM-NJK

3

52361368;1